| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Ahren A. Tiller, Esq. (SBN 250608)<br>BANKRUPTCY LAW CENTER<br>1230 Columbia St., Ste. 1100<br>San Diego, CA 92101<br>P. (619) 894-8831<br>F. (866) 444-7026 | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 05 2013**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY carranza  DEPUTY CLERK |
|---|---|
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for: Katherine A. Schneider* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## <u>LOS ANGELES</u> DIVISION

| In re:<br><br>Katherine A. Schneider<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:13-bk-38408-SK<br>CHAPTER: 13 |
|---|---|
| | **ORDER:**<br><br>X    **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐    **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate

   b. *Date of filing of motion*: **December 4, 2013**

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2013                                                    Page 1                                              F 9075-1.2.ORDER

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice ("Application") together with supporting declaration(s):
   a. *Date of filing of Application:* **December 4, 2013**
3. Based upon the court's review of the application, **IT IS ORDERED THAT**:

   a. ☐ **The Application is denied**.  The motion may be brought on regular notice pursuant to LBRs.

   b. **X**  **The Application is granted, and IT IS FURTHER ORDERED THAT**:

   (1)  X  A hearing on the motion will take place as follows:

   | **Hearing Date:  12/18/13** | **Place:** |
   |---|---|
   | **Time:  8:30 a.m.** | X      **255 East Temple Street, Los Angeles, CA 90012** |
   | **Courtroom:  1575** | ☐      **21041 Burbank Boulevard, Woodland Hills, CA 91367** |
   | | ☐      **3420 Twelfth Street, Riverside, CA 92501** |
   | | ☐      **411 West Fourth Street, Santa Ana, CA 92701** |
   | | ☐      **1415 State Street, Santa Barbara, CA 93101** |

   (2)  ☐  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

   | a. *Deadlines:* | b. *Persons/entities to be provided with telephonic notice:* |
   |---|---|
   | Date*:* | |
   | Time: | |
   | | ☐ See attached page |
   | | c. *Telephonic notice is also required upon* the United States trustee |

   (3)  X  No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☐ one of the methods checked  X  all of the methods checked

   a.  ☐ Personal Delivery    X Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    X Email*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2013*                        Page 2                        **F 9075-1.2.ORDER**

| | |
|---|---|
| b. *Deadlines:*<br>Date*:*    12/5/13<br><br>Time:    5:00 p.m. | c. *Persons/entities to be served with written notice and a copy of this order:*<br><br>X  See attached page<br><br>d.  *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers (*see Court Manual for address*) |

(4) X    No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:  ☐ one of the methods checked  X  all of the methods checked

    a.  ☐ Personal Delivery    X  Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    X  Email*

| | |
|---|---|
| b. *Deadlines:*<br>Date*:*    12/5/13<br><br>Time:    5:00 p.m. | c. *Persons/entities to be served with motion, declarations, supporting documents:*<br><br>X  See attached page<br><br>d.  *Service is also required upon*:<br>-- United States trustee *(no electronic service permitted)*<br>-- Judge's Copy personally delivered to chambers (*see Court Manual for address*) |

(5) X    Regarding **opposition to the motion**

    ☐  opposition to the motion may be made **orally** at the hearing

    X  no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☐ one of the methods checked  X  all of the methods checked

    a.  ☐ Personal Delivery    X  Overnight Mail  ☐ First Class Mail    ☐ Facsimile*    X  Email*

| | |
|---|---|
| b. *Deadlines:*<br>Date*:*    12/11/13<br><br>Time:    12:00 p.m. | c. *Persons/entities to be served with written opposition to the motion:*<br>-- movant's attorney (or movant, if movant is not represented by an attorney)<br><br>d.  *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers (*see Court Manual for address*) |

(6) X    Regarding a **reply to an opposition:**

    ☐  a reply to opposition may be made **orally** at the hearing.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2013*    Page 3    **F 9075-1.2.ORDER**

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked  X all of the methods checked

a.  ☐ Personal Delivery    X  Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    X  Email*

| b. *Deadlines:* | c. *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date*:*   12/13/13 | -- All persons/entities who filed a written opposition |
| Time:    12:00 p.m. | |
| | d. *Service is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's Copy personally delivered to chambers (*see Court Manual for address*) |

(7) X  Other requirements:

      No further briefing will be allowed or considered.

(8) X  No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **Judge's Copy** of the Declaration of Notice and Service must be personally delivered to the Judge's chambers:

| X at least 2 days before the Hearing. |
|---|
| ☐ no later than:    Date:                                  Time: |

\* Service by electronic means (facsimile or email) requires compliance with FRCP 5(b)(2)(E).

###

Date: December 5, 2013

                                                                 */s/ Sandra R. Klein*
                                                            Sandra R. Klein
                                                       United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2013*                    Page 4                    **F 9075-1.2.ORDER**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER: GRANTING/DENYING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of 12/05/2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- **Kathy A Dockery (TR)**    efiling@CH13LA.com
- **Ahren A Tiller**    ahren.tiller@blc-sd.com, carolina@blc-sd.com;brett.bodie@blc-sd.com;ccosyleon@blc-sd.com;fabianaf@blc-sd.com;anika@blc-sd.com;msteiner@blc-sd.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

**2.    SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

**3.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

**Bank of America**
P. O. Box 5170
Simi Valley, CA 93062

**Bank of America**
4161 Piedmont Parkway
Greensboro, NC 27410

**GECRB/Lowe's**
PO BOX 965005
Orlando, FL 32896-5005

**Specialized Loan Services**
8742 Lucent Blvd Ste 300
Littleton, CO 80129-2386

**Wells Fargo Bank**
PO Box 31557
Billings, MT 59107

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2013*    Page 5    **F 9075-1.2.ORDER**