| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ahren A. Tiller, Esq. (SBN 250608)<br>BANKRUPTCY LAW CENTER<br>1230 Columbia St., Ste. 1100<br>San Diego, CA 92101<br>P. (619) 894-8831<br>F. (866) 444-7026<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Katherine A. Schneider | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>Katherine A. Schneider<br><br><br><br>Debtor(s). | CASE NO.: 2:13-bk-38408-SK<br>CHAPTER: 13<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>(with supporting declarations)<br><br>DATE: 12/18/2013<br>TIME: 8:30 am<br>COURTROOM: 1575 |
|---|---|

**Movant:** Katherine A. Schneider

1. NOTICE IS HEREBY GIVEN to the Honorable Court, Chapter 13 Trustee and all Interested Parties (Secured Creditor/Lessor),trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. **Hearing Location**:

   ☒ 255 East Temple Street, Los Angeles, CA 90012         ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367     ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

3. ☐ a.  This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                              Page 1                                    F 4001-1.IMPOSE.STAY.MOTION

attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

☒ b.  This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing. Any written response or evidence must be filed and served: ☐ at the hearing ☐ at least _____ days before the hearing.

   (1) ☐ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

   (2) ☒ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon appropriate creditor(s) and trustee, if any.

   (3) ☐ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date: 12/06/2013

Ahren A. Tiller, Esq. Bankruptcy Law Center, APC
Printed name of law firm (if applicable)

Ahren A. Tiller, Esq. Bankruptcy Law Center, APC
Printed name of individual Movant or attorney for Movant

/s/ Ahren A. Tiller, Esq.
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                Page 2                F 4001-1.IMPOSE.STAY.MOTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1230 Columbia St., Ste. 1100, San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*): Amended Notice of Motion; Motion for Order Imposing a Stay or Continuing the Automatic Stay; Memorandum of Points & Authorities; Declaration of Debtor; Order Granting Application and Setting Hearing on Shortened Notice

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __12/06/2013__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
  See attached service list

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/06/2013 | Fabiana Ferlita | /s/ Fabiana Ferlita |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE

## SERVICE LIST

Honorable Sandra R. Klein
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

Kathy A. Dockery
Chapter 13 Trustee
700 S Flower St., Ste. 1950
Los Angeles, CA 90017

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

Bank of America, N.A.
Attn.: Brian T. Moynihan (CEO)
100 North Tryon Street
Charlotte, NC 28202

C T Corporation System
Agent for Service of Process for
Bank of America
818 W Seventh St.
Los Angeles, CA 90017

Wells Fargo Bank, N.A.
Attn.: John G. Stumpf (CEO)
101 N. Phillips Avenue
Sioux Falls, SD 57104

CSC Lawyers Incorporating Service
Agent for Service of Process for
Wells Fargo Bank, N.A.
2710 Gateway Oaks Dr., Ste. 150N
Sacramento, CA 95833

Specialized Loan Servicing, LLC
Attn.: John Beggins (CEO)
8742 Lucent Blvd., Ste. 300
Highlands Ranch, CO 80129

GE Capital Retail Bank
Attn: Margaret M. Keane (CEO)
170 West Election Road, Ste. 125

Draper, UT 84020